**Patricia THOMAS, Appellant,**

v.

**MO JACKSON COUNTY, Defendant,**

**Circuit Court of Jackson County, Missouri, and all judges of the Circuit Court; State of Missouri, Appellees.**

No. 08–1799.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 8, 2009.

Filed: Oct. 7, 2009.

Patricia Thomas, Kansas City, MO, pro se.

Diane Peters, Asst. Atty. Gen., Jefferson City, MO (Jeremiah W. (Jay) Nixon, Atty. Gen., on the brief), for appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Patricia Thomas appeals the district court's[1] dismissal without prejudice of her civil rights action and denial of her motion for default judgment. After careful review, we conclude that Thomas did not properly serve defendants, and that the district court did not abuse its discretion in granting defendants' motion to dismiss on that basis. *See Marshall v. Warwick,* 155 F.3d 1027, 1030 (8th Cir.1998) (standards of review); *see also* Fed.R.Civ.P. 4(d), (e), (m); Mo.Rev.Stat. § 506.150.4. In addition, we find no abuse of discretion in the denial of default judgment. *See Norsyn, Inc. v. Desai,* 351 F.3d 825, 830 (8th Cir. 2003) (court did not abuse its discretion in denying plaintiff's motion for default judgment where defendants were never properly served, and thus had no obligation to file answer).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.